UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Damien Kytrell Ford,<br><br>   Petitioner,<br><br>v.<br><br>Calvin Johnson, et al.,<br><br>   Respondents. | Case No.: 2:21-cv-01742-APG-DJA<br><br>**Order Denying Application to Proceed in Forma Pauperis**<br><br>[ECF No. 4] |

This is a habeas corpus action under 28 U.S.C. § 2254.  Petitioner had submitted an application to proceed in forma pauperis that lacked a copy of his inmate account statement and a financial certificate signed by the correct prison official.[1]  I denied that application and directed petitioner either to file a complete application, accompanied by the necessary documents, or to pay the filing fee of $5.00.[2]  Petitioner filed another application to proceed in forma pauperis.[3]  The application is incomplete because petitioner again did not include a statement of his inmate account and a financial certificate signed by the correct prison official.  Petitioner has not given me enough information to grant him leave to proceed in forma pauperis, and I will deny the application.  Petitioner will need to pay the filing fee of $5.00.

IT THEREFORE IS ORDERED that the application to proceed in forma pauperis (ECF No. 4) is **DENIED**.  Petitioner will have 45 days from the date that this order is entered to have the filing fee of $5.00 sent to the clerk of the court.  Failure to comply will result in the dismissal of this action.

---

[1] ECF No. 1.  *See also* 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.
[2] ECF No. 3.
[3] ECF No. 4.

IT FURTHER IS ORDERED that the clerk of the court send petitioner two copies of this order. Petitioner must make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

DATED: December 8, 2021

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE