**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Damien Kytrell Ford,<br><br>         Petitioner,<br><br>v.<br><br>Calvin Johnson, et al.,<br><br>         Respondents. | Case No.: 2:21-cv-01742-APG-DJA<br><br>**Order Directing Change in Petitioner's Inmate Identification Number and Directing Petitioner to Pay Filing Fee**<br><br>[ECF No. 4] |

This is a habeas corpus action under 28 U.S.C. § 2254.  I denied petitioner Damien Ford's application to proceed in forma pauperis and directed him to pay the $5.00 filing fee.[1]  The court has received two pieces of returned mail, the first piece noting that Ford's inmate number is needed and the second piece noting that Ford's name and inmate number do not match.  Reviewing Ford's filings, I note that on some occasions Ford has transposed two digits in his inmate identification number.  Ford's correct inmate identification number is "1194362," but he also has written "1194632."  Ford's inmate identification number in the court's record is the latter, incorrect number.  I will direct the clerk to change Ford's inmate identification number.  I also will reset the time for Ford to pay the filing fee.

IT THEREFORE IS ORDERED that the clerk of the court change petitioner's inmate identification number to "1194362."

IT FURTHER IS ORDERED that the clerk of the court send a copy of the court's order of December 8, 2021 (ECF No. 5) to petitioner.

---

[1] ECF No. 5.

IT FURTHER IS ORDERED that petitioner will have 45 days from the date that this order is entered to have the filing fee of $5.00 sent to the clerk of the court. Failure to comply will result in the dismissal of this action.

IT FURTHER IS ORDERED that the clerk of the court send petitioner two copies of this order. Petitioner must make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

DATED: January 4, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE