# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAMIEN FORD,<br><br>　　　　　　　　　Petitioner,<br>v.<br>CALVIN JOHNSON, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 2:21-cv-01742-GMN-DJA<br><br>**ORDER** |

　　　Good cause appearing, IT IS HEREBY ORDERED that Petitioner Damien Ford's unopposed first Motion for Extension of Time (ECF No. 17) is GRANTED.  Ford has until September 6, 2022, to file an amended petition for writ of habeas corpus.[1]

**IT IS THEREFORE ORDERED:**

1. Petitioner Damien Ford's unopposed first Motion for Extension of Time (ECF No. 17) is granted.

DATED: August 6, 2022

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

---

[1] Ford at all times remains responsible for calculating the running of the federal limitation period and timely presenting claims.  That is, by setting a deadline to amend the petition and/or by granting any extension thereof, the Court makes no finding or representation that the petition, any amendments thereto, and/or any claims contained therein are not subject to dismissal as untimely. *See Sossa v. Diaz*, 729 F.3d 1225, 1235 (9th Cir. 2013).