UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Damien Kytrell Ford,<br><br>    Petitioner<br><br>v.<br><br>Calvin Johnson, et al.,<br><br>    Respondents | Case No. 2:21-cv-01742-APG-DJA<br><br>**ORDER** |

Petitioner filed a Motion for extension of time in which to file Petitioner's First Amended § 2254 Petition (Second Request) requesting a 60-day extension of time. (ECF No. 19 ("Motion").) I find the motion is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

**I THEREFORE ORDER**:

1. Petitioner's motion (ECF No. 19) is granted. The deadline to file the First Amended Petition is November 7, 2022.

Dated: September 7, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE