1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Damien Kytrell Ford,

     Petitioner

v.

Calvin Johnson, et al.,

     Respondents

Case No. 2:21-cv-01742-APG-DJA

**ORDER**

Petitioner filed an unopposed motion for extension of time in which to file a first amended petition (third request) (ECF No. 21 ("motion")).  I find the motion is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

**I THEREFORE ORDER**:

1. Petitioner's motion (ECF No. 21) is granted. The deadline to file the first amended petition is January 6, 2023.

Dated: November 8, 2022

_____

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE