# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAMIEN KYTRELL FORD,<br><br>                    Petitioner,<br>v.<br>CALVIN JOHNSON, et al.,<br><br>                    Respondents. | Case No. 2:21-cv-01742-APG-DJA<br><br>**ORDER** |

Petitioner filed an unopposed motion for extension of time in which to file a first amended petition (fifth request) (ECF No. 25 ("motion")). I find the motion is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

**I THEREFORE ORDER:**

1. Petitioner's motion (ECF No. 25) is granted. The deadline to file the first amended petition is April 6, 2023.

DATED: March 8, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1