# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DAMIEN KYTRELL FORD,

                Petitioner,

v.

CALVIN JOHNSON, et al.,

                Respondents.

Case No. 2:21-cv-01742-APG-DJA

**ORDER**

      Petitioner filed an unopposed motion for extension of time in which to file a first amended petition (sixth request) (ECF No. 27 ("motion")). I find the motion is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

      The new deadline approved in this order falls nearly one year after I instructed Petitioner to file his first amended petition. (ECF No. 16.) Lengthy habeas litigation is generally incompatible with the three-year goal set by the Civil Justice Reform Act of 1990 ("CJRA"), 28 U.S.C. § 471 *et seq.*, as well as the purposes served by the Antiterrorism and Effective Death Penalty Act ("AEDPA") 28 U.S.C. § 2244 *et seq.*: finality, efficiency, and comity. Based on the lack of progress to date, additional delay may impede this case from reaching a merits determination within three years. Accordingly, any future request for extension of time—even if unopposed—will be carefully scrutinized for good cause.

**I THEREFORE ORDER:**

1. Petitioner's motion (ECF No. 27) is granted. The deadline to file the first amended petition is July 5, 2023.

DATED: April 18, 2023

                                              _____
                                              ANDREW P. GORDON
                                              UNITED STATES DISTRICT JUDGE