**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAMIEN KYTRELL FORD,<br><br>    Petitioner<br><br>v.<br><br>CALVIN JOHNSON, et al.,<br><br>    Respondents | Case No.: 2:21-cv-01742-APG-DJA<br><br>**Order Granting Petitioner's<br>Motion to Extend**<br><br>[ECF No. 38] |

Petitioner filed an unopposed motion for extension of time in which to file his opposition to Respondents' motion to dismiss. ECF No. 38.  I find the motion is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

I THEREFORE ORDER that Petitioner's unopposed first motion to extend (ECF No. 38) is granted.  The deadline to file his opposition is November 3, 2023.

DATED this 26th day of September, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE