**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAMIEN KYTRELL FORD, | Case No.: 2:21-cv-01742-APG-DJA |
| Petitioner | **Order Granting Respondents' Motion to Extend** |
| v. | [ECF No. 43] |
| CALVIN JOHNSON, et al., | |
| Respondents | |

Respondents filed an unopposed motion for extension of time in which to file their reply in support of their motion to dismiss. ECF No. 43.  I find the motion is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

I THEREFORE ORDER that Respondents' unopposed first motion to extend (ECF No. 43) is granted *nunc pro tunc*. Respondents filed their reply on December 18, 2023.

DATED this 21st day of December, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE