UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAMIEN KYTRELL FORD,<br><br>　　　Petitioner<br><br>v.<br><br>CALVIN JOHNSON, et al.,<br><br>　　　Respondents | Case No.: 2:21-cv-01742-APG-DJA<br><br>**Order Granting Respondents'<br>Motion to Extend**<br><br>[ECF No. 48] |

　　　Respondents filed an unopposed motion for extension of time to file their answer. ECF No. 48.  I find the motion is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

　　　I THEREFORE ORDER that Respondents' unopposed first motion to extend (ECF No. 48) is granted.  Respondents have until August 26, 2024, to file their answer.

　　　DATED this 23rd day of August, 2024.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE