# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAMIEN KYTRELL FORD,<br><br>    Petitioner<br><br>v.<br><br>CALVIN JOHNSON, et al.,<br><br>    Respondents | Case No.: 2:21-cv-01742-APG-DJA<br><br>**Order Granting Petitioner's<br>Motion to Extend**<br><br>[ECF No. 52] |

Petitioner Damien Kytrell Ford filed an unopposed motion for extension of time to file his reply. ECF No. 52.  I find the motion is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

I THEREFORE ORDER that Ford's unopposed first motion to extend (ECF No. 52) is granted.  Ford has until November 25, 2024, to file his reply.

DATED this 8th day of October, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE