# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAMIEN KYTRELL FORD,<br><br>             Petitioner,<br>v.<br><br>CALVIN JOHNSON, et al.,<br><br>             Respondents. | Case No. 2:21-cv-01742-APG-DJA<br><br>**Order Granting Petitioner's Motion for Extension of Time to File Reply**<br><br>(ECF No. 54) |

    Petitioner Damien Kytrell Ford filed an unopposed motion for extension of time to file his reply. ECF No. 54. I find the motion is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

    I THEREFORE ORDER that Ford's unopposed second motion for extension of time to file a reply to the respondents' answer to the amended petition (ECF No. 54) is **GRANTED**. Ford has until January 24, 2025, to file his reply.

Dated: November 26, 2024

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE