**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAMIEN KYTRELL FORD,<br><br>              Petitioner,<br>v.<br><br>CALVIN JOHNSON, et al.,<br><br>              Respondents. | Case No. 2:21-cv-01742-APG-DJA<br><br>**Order Granting in Part and Denying in Part Petitioner's Motion for Extension of Time to File Reply**<br><br>(ECF No. 56) |

    Petitioner Damien Kytrell Ford filed an unopposed third motion for extension of time seeking an additional 60 days to file his reply. ECF No. 56.

    Habeas actions are subject to the reporting requirements of the Civil Justice Reform Act of 1990 ("CJRA"), 28 U.S.C. § 471 *et seq*. The CJRA sets a three-year goal for resolution of each civil case on the merits, *id.* § 476(a)(3), and encourages "setting, at the earliest practicable time, deadlines for filing motions and a time framework for their disposition," *id.* § 473(a). Although the procedural and legal complexity of certain habeas actions may impede the three-year objective, the Court attempts to posture each case for a decision on the merits within three years of filing.

    Ford filed this action in September 2021. ECF No. 1. In August 2024, Respondents filed an answer. ECF No. 50. The deadline for a reply is January 24, 2025. ECF No. 55. The CJRA deadline is March 31, 2025. Ford seeks an additional 60 days to file a reply because the case is complex, and counsel is new to habeas law and has duties in other cases. I find the motion is made in good faith and not solely for the purpose of delay; however, upon review of the issues, I find good cause to extend the deadline for only an additional 30 days. The Court has responsibilities under the CJRA, and counsel must prioritize briefing in this case over later-filed matters.

    I THEREFORE ORDER that Ford's unopposed third motion for extension of time to file a reply to the respondents' answer to the amended petition (ECF No. 56) is **granted in part and denied in part**. Ford has until **February 28, 2025**, to file his reply.

Dated: January 27, 2025

                                                          ANDREW P. GORDON<br>
                                                          CHIEF UNITED STATES DISTRICT JUDGE