**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAMIEN KYTRELL FORD,<br><br>　　　　　Petitioner,<br>v.<br>CALVIN JOHNSON, et al.,<br>　　　　　Respondents. | Case No. 2:21-cv-01742-APG-DJA<br><br>**Order Granting Petitioner's Motion for Extension of Time to File Reply**<br><br>(ECF No. 58) |

　　　Petitioner Damien Kytrell Ford filed a fourth unopposed motion for extension of time seeking an additional 25 days to file his reply. ECF No. 58. I find the motion is made in good faith and not solely for the purpose of delay and there is good cause to extend the deadline by 25 days. Given the age and relative complexity of this case, I previously directed Petitioner's counsel to prioritize the briefing in this case over later-filed matters. *See* ECF No. 57. That instruction remains in effect, and I am unlikely to grant further extensions of time absent compelling circumstances and a strong showing of good cause why the briefing could not be completed within the extended time allowed despite the exercise of due diligence.

　　　I THEREFORE ORDER that Ford's Unopposed Motion for Extension of Time to File Reply to Respondents' Answer to Amended Petition (Fourth Request) (ECF No. 58) is **granted**. Ford has until **March 25, 2025**, to file his reply.

　　　Dated: February 28, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE